JOHN H. RIKER, as Executor, etc., Respondent, *v.* ST. LUKE's HOSPITAL, Impleaded, etc., Appellant.

(Submitted June 14, 1886; decided July 27, 1886.)

*Wheeler H. Peckham* for appellant.

*John E. Parsons* and *C. E. Tracy* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

DELIA E. PITTMAN, Respondent, *v.* HENRY JOHNSON, as Executor, etc., Appellant.

(Argued June 16, 1886; decided July 27, 1886.)

*C. D. Prescott* for appellant.

*W. T. Dunmore* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARGARET KENNEDY, as Administratrix, etc., Appellant, *v.* THE MANHATTAN RAILWAY COMPANY, Respondent.

(Argued June 16, 1886; decided July 27, 1886.)

*E. Ellery Anderson* for appellant.

*Edward S. Rapallo* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.